PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff, United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RALPH HACKETT,<br><br>Defendant. | Case No.: 1:21-CR-00188-DAD-BAM<br><br>**JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON**<br><br>[No Hearing Requested] |

Plaintiff, United States of America, and Defendant, Ralph Hackett, through their authorized representatives ("Movants"), hereby move for an order authorizing Defendant to pay into the court's deposit fund pending the outcome of this criminal prosecution. This Motion is based on the grounds:

1. On July 20, 2021, an Information charging Defendant with one count of aiding and abetting mail fraud in violation of 18 U.S.C. 1341 and 2, and a Plea Agreement were entered. ECF Nos. 1, 3.

2. In his Plea Agreement, Defendant agreed to plead guilty to the Information and to pay restitution of $656,834.00 and a special assessment of $100.00 via voluntary payment to the Clerk of the Court prior to his sentencing.

3. On August 9, 2021, Defendant entered a guilty plea to the Information and a Waiver of Indictment was entered. Defendant's sentencing is scheduled for February 22, 2022. ECF Nos. 6-7.

The Movants therefore agree:

1. Prior to sentencing, Defendant shall make a $656,934.00 payment in satisfaction of the restitution and special assessment ("Deposit") to the Clerk of the Court as specified in the accompanying order. The Deposit shall remain in the Court's deposit fund pending Defendant's sentencing in this case, or upon further order of the Court.

2. The Deposit shall, upon sentencing, be applied towards the restitution and special assessment in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
Acting United States Attorney

Dated: _____

By: JOSEPH BARTON
Digitally signed by JOSEPH BARTON
Date: 2021.08.17 17:35:12 -07'00'

JOSEPH D. BARTON
Assistant United States Attorney

DEFENDANT RALPH HACKETT:
Dated: 8/17/21

RALPH HACKETT

APPROVED AS TO FORM AND CONTENT:
Dated: 8/17/21

WILLIAM C. HAHESY
Attorney for Defendant

**O R D E R**

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Prior to sentencing, Defendant Ralph Hackett shall deliver $656,934.00 via cashier's or certified check to the Clerk of Court representing payment of the special assessment and restitution.

2. Defendant shall make the check payable to the "Clerk of Court" and, in the note section of the check, state the case name and number (US v. Hackett, Case No. 1:21-cr-00188-DAD-BAM). Defendant shall mail or deliver the payment to the Clerk of the Court, U.S. District Court, 501 I Street, Suite 4-200, Sacramento, California 95714.

3. Upon receipt, the Clerk shall promptly DEPOSIT Defendant's payment into the Court's deposit fund.

4. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the Defendant's criminal case.

5. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the special assessment and restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

Dated:  **August 18, 2021**

UNITED STATES DISTRICT JUDGE