PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00188-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| RALPH HACKETT, | DATE: February 22, 2022<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that the Sentencing Hearing in this case scheduled for February 22, 2022, at 10:00 a.m., may be continued until September 19, 2022, at 10:00 a.m., before the Honorable Dale A. Drozd. The government requires more time to assess the defendant's cooperation and prepare its sentencing recommendation.

///

///

///

1 | The parties have checked with the Probation Office and it is agreeable to this continuance.

2

3 | Dated:  December 3, 2021

*/s/ William Hahesy*
WILLIAM HAHESY
Counsel for Ralph Hackett

Dated:  December 3, 2021

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00188-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| RALPH HACKETT, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Sentencing Hearing in this case scheduled for February 22, 2022, at 10:00 a.m., is continued until September 19, 2022, at 10:00 a.m., before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **December 3, 2021**

_____
UNITED STATES DISTRICT JUDGE