PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RALPH HACKETT,<br><br>Defendant. | Case No. 1:21-cr-00188-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING;ORDER<br><br>DATE:    September 19, 2022<br>TIME:    10:00 a.m.<br>JUDGE:   Hon. Dale A. Drozd |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that the Sentencing Hearing in this case scheduled for September 19, 2022, at 10:00 a.m., may be continued until January 30, 2023, at 10:00 a.m., before the Honorable Dale A. Drozd. The government requires more time to assess the defendant's cooperation and prepare its sentencing recommendation.

///

///

///

Dated: May 17, 2022

/s/ *William Hahesy*
WILLIAM HAHESY
Counsel for Ralph Hackett

Dated: May 17, 2022

/s/ *Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00188-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| RALPH HACKETT, | |
| Defendant. | |

**PROPOSED ORDER**

Upon the Parties' stipulation and for good cause shown, the Sentencing Hearing in this case scheduled for September 19, 2022, at 10:00 a.m., is continued until January 30, 2023, at 10:00 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated:   **May 17, 2022**                    _____
                                              UNITED STATES DISTRICT JUDGE