PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00188-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| RALPH HACKETT, | DATE: January 30, 2023<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Ana de Alba |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that the Sentencing Hearing in this case scheduled for January 30, 2023, may be continued until January 29, 2024, at 8:30 a.m., before the Honorable Ana de Alba. The defendant is not in custody and has been released on his own recognizance. The reason for the requested continuance is that Mr. Hackett is cooperating against a defendant in a related case, and the resolution of that defendant's case has been delayed because her attorney has experienced significant health issues. The related case is United States v. Jatinderjeet Sihota, 1:21-cr-00053. The government do not expect that case to resolve before mid to late next year. Therefore, the government requires more time to assess the defendant's cooperation and prepare its sentencing recommendation.

Dated:  October 27, 2022

*/s/ William Hahesy*
WILLIAM HAHESY
Counsel for Ralph Hackett

Dated:  October 27, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00188-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| RALPH HACKETT, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Sentencing Hearing in this case scheduled for January 30, 2023, is continued until January 29, 2024, at 8:30 a.m., before the Honorable Ana de Alba.

IT IS SO ORDERED.

Dated: October 28, 2022

_____
UNITED STATES DISTRICT JUDGE