PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00188-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| RALPH HACKETT, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through that the Sentencing Hearing in this case set for January 29, 2024, may be continued until January 27, 2025, at 8:30 a.m., before the Honorable Ana de Alba. The defendant is not in custody and has been released on his own recognizance. The reason for the requested continuance is that Mr. Hackett is cooperating against a defendant in a related case. The resolution of the other defendant's case has been delayed because her initial attorney experienced significant health issues, and she retained new counsel, who has requested time to review discovery and prepare for trial. The related case is United States v. Jatinderjeet Sihota, 1:21-cr-00053.

Trial in that case is set for October 22, 2024.  Therefore, the government requires more time to assess Mr. Hackett's cooperation and prepare its sentencing recommendation.

Dated:  October 19, 2023  /s/ William Hahesy
WILLIAM HAHESY
Counsel for Ralph Hackett

Dated:  October 19, 2023  /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   October 20, 2023

UNITED STATES DISTRICT JUDGE

1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   | UNITED STATES OF AMERICA | Case No. 1:21-cr-00188-ADA-BAM |
   |---|---|
   | Plaintiff, | ORDER |
   | v. | |
   | RALPH HACKETT, | |
   | Defendant. | |

18      Upon the parties' stipulation and for good cause shown, the Sentencing Hearing in this
19  case set for January 29, 2024, is continued until January 27, 2025, at 8:30 a.m., before the
20  Honorable Ana de Alba.