PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00188-JLT |
|---|---|
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| RALPH HACKETT, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the defendant's sentencing is continued from January 27, 2025, until May 27, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **November 14, 2024**

_____
UNITED STATES DISTRICT JUDGE