UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00188-JLT-BAM |
| Plaintiff, | **ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| RALPH HACKETT, | |
| Defendant. | |

Having reviewed the moving papers, finding no opposition made by the government or the United States Probation Office, and having considered the relevant factors under Title 18 U.S.C. § 3553(a), the conduct of the Defendant and the interest of justice, the Court hereby grants an early termination of Defendant Ralph Hackett's supervised release.

IT IS SO ORDERED.

Dated: June 18, 2026

_____
JENNIFER L. THURSTON
U.S. District Judge